


FILED

FEB 2 8 2013

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 12-40090 |
| ) | |
| CEDRIC J. SMITH, ) | |
| ) | |
| Defendant. ) | |

### ORDER TO TRANSFER DEFENDANT
### TO FEDERAL BUREAU OF PRISONS MEDICAL FACILITY

On February 28, 2013, following the Defendant's change of plea, defense counsel made an oral motion to have the Defendant transferred from the Rock Island County Jail in Rock Island, Illinois, to a United States Bureau of Prisons Medical Facility so that the Defendant may receive appropriate medical treatment while in custody for his serious medical conditions while the Defendant awaits sentencing on June 27, 2013, at 9:00 a.m., in Rock Island, Illinois, before United States District Judge Sara L. Darrow.  Government counsel had no objection to defense counsel's motion.  The Court finds that the United States Marshal's Service does not have a suitable local detention facility to treat and care for the Defendant's serious medical conditions while the Defendant awaits sentencing in this case.

ACCORDINGLY, IT IS ORDERED that the United States Marshal's Service shall transfer the Defendant from the Rock Island County Jail in Rock Island, Illinois, to a designated United States Bureau of Prisons Medical Facility where the Defendant shall

receive all appropriate treatment while in custody for his serious medical conditions. In addition, pursuant to Title 18 U.S.C. § 3552(b), the Court orders the United States Bureau of Prisons to conduct a general health study of the Defendant and to report the findings of that study to both the Court and to counsel. The Court further orders that the United States Marshal's Service shall transport the Defendant to and from the designated medical facility for hearing in this case, including the sentencing hearing scheduled for June 27, 2013, at 9:00 a.m., in Rock Island, Illinois. It is further ordered that the United States Marshal's Service and the United States Bureau of Prisons shall effect the transfer of the Defendant to the designated Buruea of Prisons Medical Facility as expeditiously as possible.

Dated: February 28, 2013

s/Sara Darrow

SARA L. DARROW
UNITED STATES DISTRICT JUDGE